STATE v. HARRIS

No. 96 PC.

Case below: 32 N.C. App. 599.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 April 1977.

STATE v. KRAUS

No. 41 PC.

Case below: 32 N.C. App. 144.

Petition by Attorney General for discretionary review under G.S. 7A-31 denied 5 April 1977.

STATE v. McDONALD

No. 97 PC.

Case below: 32 N.C. App. 457.

Petition by defendant for discretionary review under G.S. 7A-31 denied 13 April 1977.

STATE v. PALMER

No. 48 PC.

Case below: 32 N.C. App. 166.

Petition by Attorney General for discretionary review under G.S. 7A-31 allowed 5 April 1977.

STATE v. SARVIS

No. 35 PC.

Case below: 32 N.C. App. 234.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 April 1977.